# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | NO:   AU:11-CR-00708(1)-LY |
| | § | |
| **(1) Frederic Alan Gladle** | § | |

## EXHIBITS for MOTION HEARING
## HELD January 6, 2012

| Exhibit | Description | Date Admitted |
|---|---|---|
| Government's # 1 | Copies of 2 TX Driver's Licenses | 1/6/12 |
| Defendant's # 1 | Letters | 1/6/12 |