IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF TEXAS

Austin Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | W.D.T.X. Criminal No. 1:11-cr-708-LY (Transferred Pursuant to F.R.C.P. 20, C.D.C.A. Criminal No. CR 11-1170) |
| v. | ) ) |  |
| FREDERIC ALAN GLADLE,     a/k/a Walter Fred Boyd,     a/k/a Larry Stauffer,     a/k/a Jake Meneffe | ) ) ) ) ) |  |
| Defendant. | ) ) |  |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorneys, Denis McInerney, Chief of Fraud Section, Criminal Division, U.S. Department of Justice, and Paul Rosen, Trial Attorney, respectfully move this Honorable Court to continue sentencing in the above captioned matter to allow time for the parties to review the Pre-Sentence Report ("PSR"), the final version of which is expected at the end of this week.

1.   On January 6, 2012, the defendant pled guilty to a two-count information charging him with one count of bankruptcy fraud and one count of aggravated identity theft, in violation of 18 U.S.C. §§ 157(3) and 1028A, respectively. Bankruptcy fraud carries a maximum sentence of five years imprisonment, and aggravated identity theft carries a mandatory consecutive two-year sentence. Sentencing was set for March 16, 2012.

2. On February 24, 2012, the defendant filed a motion to continue sentencing due to a scheduling conflict, which the Government did not oppose. Sentencing was reset to March 28, 2012.

3. As of this writing, neither the Government nor the defense has received a final PSR. The Government had planned to submit its Position on Sentencing yesterday, one week before sentencing. However, based on the objections lodged to the original PSR, the Government expects substantial revisions to the loss figures, restitution analysis, and other important sentencing factors. Thus, the Government's Position on Sentencing would be rendered outdated if a revised PSR is submitted after our filing.

4. This is a complicated white collar fraud case, with many victims, a number of whom have written letters attesting to the loss amounts that they have suffered. Given the Government's duty to ensure that the figures in the PSR are correct, the Government respectfully requests more time to review the final PSR (when it is produced) to ensure it accurately reflects the loss and restitution amounts.

5. The Government has corresponded with defense counsel Joe Turner, who indicated he has no objection to a motion for a continuance.

6. The Government has also spoken to Ms. Jones, your honor's Courtroom Deputy, who indicated that the next available sentencing date is May 3, 2012 at 10:00 a.m.

7. Accordingly, and for the foregoing reasons, the Government respectfully requests that the sentencing date in this matter be continued to May 3, 2012.

        Respectfully submitted,

        ROBERT PITMAN
        UNITED STATES ATTORNEY
        Western District of Texas

        DENIS McINERNEY
        Chief
        Fraud Section, Criminal Division
        U.S. Department of Justice

By: _____/s/_____
        Paul M. Rosen
        Trial Attorney
        Fraud Section, Criminal Division
        U.S. Department of Justice
        1400 New York Avenue
        Washington, D.C. 20530
        Phone: (202) 353-7696
        Fax: (202) 514-0152
        Paul.Rosen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF TEXAS

Austin Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | W.D.T.X. Criminal No. 1:11-cr-708-LY |
| ) | (Transferred Pursuant to F.R.C.P. 20, |
| ) | C.D.C.A. Criminal No. CR 11-1170) |
| v. ) | |
| ) | |
| FREDERIC ALAN GLADLE, ) | |
|     a/k/a Walter Fred Boyd, ) | |
|     a/k/a Larry Stauffer, ) | |
|     a/k/a Jake Meneffe ) | |
| ) | |
| Defendant. ) | |
| ) | |

**O R D E R**

Upon the motion of the United States for an order continuing sentencing in this matter, and upon the Court's finding of good cause, it is hereby,

ORDERED that the sentencing date in this matter is continued to May 3, 2012 at 10:00 a.m.

_____
The Honorable Lee Yeakel
United States District Judge

Date: _____
      Austin, Texas

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of March, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

Joseph Andrew Turner
Attorney at Law
1504 West Avenue
Austin, TX 78701
(512) 474-4892
Fax: (512) 474-8252
Email: nicolejtaggart@gmail.com


                    By: _____s/_____
                          Paul M. Rosen
                          Trial Attorney
                          Fraud Section, Criminal Division
                          U.S. Department of Justice
                          1400 New York Avenue
                          Washington, D.C. 20530
                          Phone: (202) 353-7696
                          Fax: (202) 514-0152
                          Paul.Rosen@usdoj.gov