FILED
2012 MAR 22 AM 11:43
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
Austin Division

| | |
|---|---|
| UNITED STATES OF AMERICA | W.D.T.X. Criminal No. 1:11-cr-708-LY |
| | (Transferred Pursuant to F.R.C.P. 20, |
| | C.D.C.A. Criminal No. CR 11-1170) |
| v. | |
| FREDERIC ALAN GLADLE, | |
| a/k/a Walter Fred Boyd, | |
| a/k/a Larry Stauffer, | |
| a/k/a Jake Meneffe | |
| Defendant. | |

## O R D E R

Upon the motion of the United States for an order continuing sentencing in this matter, and upon the Court's finding of good cause, it is hereby,

ORDERED that the sentencing date in this matter is continued to May 3, 2012 at 10:00 a.m.

The Honorable Lee Yeakel
United States District Judge

Date: March 22, 2012.
Austin, Texas