

Frederic Gladle
Reg No. 84797-280
Federal Prison Camp - La Tuna
P. O. Box 8000
Anthony, NM 88021

March 11, 2014

Honorable Judge Lee Yeakel
United States Courthouse
501 W. 5th Street, Suite 1100
Austin, TX 78701

Case No. 1:11-CR-00708-LY

Dear Honorable Judge Yeakel,

I was sentenced in your courtroom on May 3, 2012. The purpose of this letter is to ask for your help in getting all mine and my wife Barbara's personal items back from the FBI. There is no reason that they need to still be holding onto our personal items that had nothing to do with my case.

For example, they have mine and my wife Barbara's personal laptop computers and backups that contain over 15 years of our financial records, thousands of family photos and videos, thousands of personal contacts going back 35 years, my business plan to develope a bowling center for the Lake Travis Community, which took almost two years to develope. All these items are irreplaceable.

(Page two - Frederic Gladle letter)

My wife has been in touch with the FBI and they tell her that my lawyer has to contact them. When my wife Barbara contacts my lawyer "Joe Turner," his office tells her that he no longer represents me and hangs up.

Judge Yeakel, we have no one else to turn to. Would you please order the FBI to release all of our personal items. I have enclosed the seizure list.

I want to thank you in advance for your help in this manner.

Sincerely,

Fred Gladle

P.S. Here is my wife Barbara Gladle's contact information:

512 Ladin Lane
Lakeway, TX 78734

(512) 774-9768

(Rev. 05-01-2008)

**UNCLASSIFIED**

**FEDERAL BUREAU OF INVESTIGATION**

**Precedence:** ROUTINE                              **Date:** 10/24/2011

**To:**  Los Angeles                       **Attn:** SA Kevin R. Danford

**From:**  San Antonio
        Squad C-13/Austin Resident Agency
        **Contact:** SA Stephen M. Callender (512)794-3099

**Approved By:** Edwards Duncan W

**Drafted By:** Callender Stephen M:smc

**Case ID #:** 329A-LA-256719    (Pending)

**Title:** ▬▬▬▬▬▬▬▬ ;
        Et al;
        Bankruptcy Fraud;
        Mortgage Fraud;
        Wire Fraud

**Synopsis:** To provide evidence to Los Angeles Division.

**Package Copy:** Being forwarded under separate cover for Los Angeles Division are the following items:

    (A)--Received from Genevieve Glade, daughter of Frederic Gladle on October 21, 2011; (recovered from hidden compartment inside Frederic Gladle's office);

*P- Personal*

CART EVIDENCE:

- HP 670 Laptop Computer, S/N 2CE84918PD;
- Lenovo ST Computer, S/N EB10004133;
- Motorola cellphone, ID number SJUG4405DAM5A160FPX8;
- Seagate hard drive, S/N 3NF0ADP7;
- Anonymous Surfing software box with software;
- Motorola cellphone, ID number KAUF0060ABT13874T1COO;
- Nokia cellphone, ID number 661AB-RH87;
- Motorola cellphone, ID number AVLN00.05.D0R;

*I would like the circled items back.*

**UNCLASSIFIED**

**UNCLASSIFIED**

To:  Los Angeles   From:  San Antonio
Re:  329A-LA-256719, 10/24/2011

## GENERAL EVIDENCE:

--Baggie of cut-up Netspend debit cards;
--Notary stamp of Todd D. Walker;
--Miscellaneous papers;
--Box of Office Max coin envelopes #7 (3 1/2" x 6 1/2").

    B) Received from Frederic Gladle, in the presence of his attorney Joseph Turner, during a proffer interview on October 21, 2011;

## CART EVIDENCE:

Four Nokia cellphone batteries;
Nokia cellphone, model 6085H, black in color, ID number 0544936DP022C SKU64587 (phone is broken with top flip portion disconnected from bottom portion);
Motorola cellular telephone, silver and brown in color, bearing the following numbers:
    IC: 1090-56HS1;
    IMEI: 001702894719810;
    S/N: 364VKH6LZL
Sim card, blue with 3G orange logo, AT&T, ID numbers 71234G-3022, 89014103211622612327;
Sandisk Cruzer micro 4GB USB flash drive, black in color;
AT&T USB Connect 881 Sierra wireless device, silver and gray in color;
Cricket wireless device, silver and black in color;
Cricket wireless device, model A600, ID number SKU:CRKA600W7KIT, with tape bearing initials "FG", black and green in color;
Cricket wireless device, model A600, ID number SKU:CRKA600W7KIT, with tape bearing initials "JM", black and green in color.

**UNCLASSIFIED**

UNCLASSIFIED

To:  Los Angeles   From:  San Antonio
Re:  329A-LA-256719, 10/24/2011

C) Seized during a search of Frederic Gladle's residence in Lakeway, Texas on October 19, 2011;

P - Personal

CART EVIDENCE:

- Personal — An Apple Iphone, case marked with initials "USC", 32 GB, no serial number, found in Room K (media/entertainment room);
- Personal — A Mercedes Benz Motorola cellphone, found in Gladle's Mercedes Benz S300 vehicle;
- Personal — A Nextel cellphone, IMEI: 000100096035170, with black case, found in Room B (small room to the right of the front door);
- Personal — A Blackberry cellphone, 8320 model, PIN 24B5F232, IMEI: 358281013089655, found in Room N (Gladle's office);
- Personal — An Apple Ipod, 30GB, S/N8L643MFXV9K, found in Room N (Gladle's office);
- Personal — An Apple Ipad, S/NDLXQ5YQDKNY, found in Room G (Master bedroom, first floor);
- P — Twenty-two floppy diskettes, found in Room G;
- P — Two CD-R discs, found in Room G;
- P — Four DVD-R discs, found in Room G;
- P — Nine DVD-RW discs, found in Room G;
- P — Fujitsu Lifebook A1130, S/N R9601670, found in Room G;
- P — An HP Media Center PC M7000, S/N CNH706080K, found in Room J (storage area at top of stairs on second floor);
- P — SanDisk Cruzer Micro, 4GB, SDC26-4096RB, BH08L2KCLB, found in Room L (Jeremy Gladle's bedroom);
- P — White unmarked 2GB flash drive, found in Room L;
- P — Green 1GB flash drive, found in Room L;
- P — Canon MX700 copy/fax/printer, S/N CCAB07Z10090T7, found in Room N (Frederic Gladle's office);
- P — Canon copy/fax/scan/printer MX-860 model, CCAB08Z10230T5/ccah08lp0920T4, found in Room N;
- P — HP LaserJet 4000 printer, no serial number, found in Room N;
- P — Fujitsu Lifebook A6120, S/N R8840953, found in Room N;
- P — 15 CDs, found in Room N;
- P — IBM Deskstar 20.5 GB Hard drive, S/N JMFX4373, found in Room N;
- P — 10 CDs, found in Room N;
- P — One DVD-R disc, found in Room N.

The following items were taken and not listed:
- 26 German Gold Bear Bonds - Originals
- 250 "    "   "    "  - lithographs
- 2 Black fire proof briefcase safes
- 1 White  "    "    "   SAFE
- $79,980 CASH - wife's inheritance (Being disputed as forfeiture item)
- Stock certificates belonging to our children.

UNCLASSIFIED

4

Frederic Gladle, 84797-280
Federal Prison Camp La Tuna
P.O. Box 8000
Anthony, NM 88021

⇔84797-280⇔
Clerk Of The Court
United States Courthouse
501 W 5TH ST
Suite 1100
Austin, TX 78701
United States

7870183812

RECEIVED
MAR 17 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

1:11-cr-708-LY

3/10/14

Clerk of the Court,

Would you please make sure that Judge Lee Yeakel gets the enclosed five page letter.

Thank you so much.

Sincerely,

Fred Gledle

FILED
MAR 17 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY