PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender:  Frederic Alan Gladle           Case Number: A-11-CR-708(01)-LY

Name of Sentencing Judicial Officer:  Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence:  May 3, 2012

Original Offense:  Count 1: Bankruptcy Fraud; Aiding and Abetting in violation of 18 U.S.C. §§ 157(3) and 2; and Count 2: Aggravated Identity Theft in violation of 18 U.S.C. § 1028A

Original Sentence:  Thirty-seven (37) months imprisonment on Count 1, and twenty-four (24) months imprisonment on Count 2 to be served consecutively to Count 1, for a total custody sentence of sixty-one (61) months, followed by a three year term of supervised release on Count 1 and one year on Count 2, to be served concurrently. Special conditions included no new lines of credit, disclosing all assets, apply all monies received from income tax refunds, lottery winnings, or unexpected financial gains to any outstanding court-ordered financial obligations, cooperate with the IRS, $214,258.60 restitution, and a $200 special assessment .

Type of Supervision:  Supervised Release      Date Supervision Commenced: March 23, 2016

Assistant U.S. Attorney:  Paul M. Rosen     Defense Attorney: Joseph Andrew Turner (retained)

---

## PREVIOUS COURT ACTION

On April 25, 2016, a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was submitted to the court requesting the offender be ordered to pay a minimum of $100 per month towards his restitution payments pursuant to *US. V. Albro, 32 F.3d 173 (5th Cir. 1994)*. The modification was approved by the Court on May 4, 2016.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition 9:** If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

Frederic Alan Gladle
Report on Offender Under Supervision
Page 2

**Violation of Standard Condition 20:** If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

**Nature of Non-compliance:** As of the writing of this report, the offender has paid a total of $9,737.65 towards his restitution, leaving a balance of $204,720.95.

**U.S. Probation Officer Action:** The offender's supervised release is scheduled to expire on March 22, 2019. At the rate the defendant has made his payments in the past, he will not have his fine paid in full before his supervision expiration date. Therefore, collection of the balance after his expiration date will be deferred to the Financial Litigation Unit of the U.S. Attorney's Office. The Financial Litigation Unit has been forwarded all the offender's financial information and has been made aware of his impending expiration date. The offender has missed no appointments and has had no positive urine specimens for illicit substances. It is respectfully recommended that no action be taken against the offender and allow him to discharge on his expiration date on March 22, 2019.

Respectfully submitted,

Miguel Rodriguez
United States Probation Officer
Date: 3/5/2019

Approved: Montgomery J. Unruh
Montgomery Unruh
Supervising United States Probation Officer

---

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Andrew W. Austin
United States Magistrate Judge
Date: March 5, 2019